1 Edward S. Chang (State Bar No. 241682)
Justin Potesta (State Bar No. 314133)
2 JONES DAY
3161 Michelson Drive
3 Suite 800
Irvine, CA 92612.4408
4 Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
5 echang@jonesday.com
jpotesta@jonesday.com
6

7 Attorneys for Defendant
WALMART INC.
8

9
UNITED STATES DISTRICT COURT
10
CENTRAL DISTRICT OF CALIFORNIA
11

12

13
| | |
|---|---|
| SOFIA MAYNEZ, an individual, on behalf of herself and all others similarly situated, | Case No. 2:20-cv-00023-DSF-JPR |
| | Hon. Dale S. Fischer |
| Plaintiff, | |
| v. | **DECLARATION OF MADHAV DEVERKONDA IN SUPPORT OF DEFENDANT WALMART INC.'S MOTION TO COMPEL ARBITRATION** |
| WALMART, INC., a Delaware Corporation; and DOES 1-50, inclusive, | |
| Defendant. | |
| | Date: July 13, 2020<br>Time: 1:30 p.m.<br>Courtroom: 7D |

Case No. 2:20-cv-00023-DSF-JPR
MADHAV DEVERKONDA DECLARATION

# DECLARATION

I, Madhav Deverkonda, hereby declare as follows:

1.      I am employed as a Director of Engineering at Walmart Inc. I have worked at Walmart since November 2015. My current job responsibilities involve, among other things, leading the teams responsible for the cart and checkout process on the Walmart mobile application (the "Walmart App"). If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2.      To purchase an item through the Walmart App, a customer must generally complete a checkout process (hereinafter "Check Out Process") to complete his/her purchase. A customer must be logged into his/her Walmart online customer profile in order to complete the Check Out Process.

3.      During the first step of the Check Out Process, the customer is presented with a page that contains, among other things, a list of the items the customer has in his/her shopping cart and an estimated total for the order. To proceed with the order, the customer must click a "Check Out" button.

4.      After clicking "Check Out," the customer is taken through the next step of the Check Out Process. The customer is presented with a series of information fields concerning delivery or pickup options, payment method, and a summary of other order details, including subtotal and any delivery charges, taxes or fees. Some of these fields may be pre-populated with information stored in the customer's Walmart online customer profile.

5.      At the final stage of the Check Out Process, the customer is presented with a page that contains order details and the following sentence: "By clicking Place Order, you agree to Walmart's Updated <u>Privacy Policy</u> and <u>Terms of Use</u>." (hereinafter "Acknowledgement Language"). The words "<u>Privacy Policy</u>" and "<u>Terms of Use</u>" within the Acknowledgement Language are hyperlinks to Walmart's Privacy Policy and Walmart's Terms of Use. If a customer clicks on the words

"Privacy Policy" or "Terms of Use"—which are in bold and underlined—the customer will be taken to Walmart's Privacy Policy or Terms of Use, respectively.

6.  To complete the order, the customer must click a blue "Place Order" button. The customer cannot complete the order without clicking the "Place Order" button. A screenshot[1] of the "Place Order" button and the Acknowledgement Language for a sample order, when scrolled to the bottom of the page, are set forth below:



7.  Although the Walmart App may be updated from time to time, the

---

[1] The screenshot was taken while the Walmart App was displayed on an Apple iPhone with standard display settings.

1 Check Out Process in the Walmart App described in this declaration was in a
2 substantially identical format in April and May 2019. Based on my review of
3 Walmart's records, I understand the Acknowledgement Language was first added to
4 the Check Out Process on the Walmart App in 2015.

5     I declare under penalty of perjury that the foregoing is true and correct. This
6 declaration was executed on May 14, 2020 in Sunnyvale, California.

*Madhav Deverkonda*
MADHAV DEVERKONDA