# EXHIBIT 2

# Walmart

## Save money. Live better.

```
         310-750-0179 Mgr:JERREL CHEESE
               22015 HAWTHORNE BLVD
                  TORRANCE , CA
ST# 05874 OP# 000006 TE# 06 TR# 00159
PU LD 3T4T G  003600045269        31.84 X
WIPES         003600048749        12.54 X
                    SUBTOTAL      44.38
         TAX 1   9.500 %           4.22
                       TOTAL      48.60
                 DEBIT  TEND      48.60
                  CHANGE DUE       0.00
EFT DEBIT          PAY FROM PRIMARY
   48.60   TOTAL PURCHASE
US DEBIT           **** **** **** 8891 I 0
REF # 912700664378
NETWORK ID. 0056 APPR CODE 222853
US DEBIT
AID A0000000980840
TC BA9D445C6BAF3E1E
*Pin Verified
TERMINAL # SC010250
            05/07/19    10:55:20
              # ITEMS SOLD 2
      TC# 5148 7287 7994 5910 0233
```



```
Low Prices You Can Trust. Every Day.
         05/07/19       10:55:30
```

Exhibit 2 - Page 4