Edward S. Chang (State Bar No. 241682)
Justin Potesta (State Bar No. 314133)
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA 92612.4408
Telephone: +1.949.851.3939
Facsimile: +1.949.553.7539
echang@jonesday.com
jpotesta@jonesday.com

Attorneys for Defendant
WALMART INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA MAYNEZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. 2:20-cv-00023-DSF-JPR<br><br>Hon. Dale S. Fischer<br><br>**DECLARATION OF KEERTIMAAN TENNETI IN SUPPORT OF DEFENDANT WALMART INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: July 13, 2020<br>Time: 1:30 p.m.<br>Courtroom: 7D |

Case No. 2:20-cv-00023-DSF-JPR
TENNETI DECLARATION

# DECLARATION

I, Keertimaan Tenneti, hereby declare as follows:

1. I am employed as a Director of Engineering at Walmart Inc. I have worked at Walmart since 2016. My job responsibilities include, among other things, being familiar with the technology that manages Walmart online customer profiles. If called to testify regarding the facts set forth in this declaration, I could and would testify competently thereto.

2. I have reviewed business records kept in the ordinary course of Walmart's business operations. Such records include those reflecting the creation of a Walmart online customer profile associated with the email address sofialoveszoey@hotmail.com and that bears the internal identification number 2B4E00B6846B4A8DAD4F5240A8B5A117. This customer profile was created on December 21, 2015.

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on May ___, 2020 in Sunnyvale, California.

5/13/2020 | 10:16 CDT

*keertimaan Tenneti*
Keertimaan Tenneti

- 1 -

Case No. 2:20-cv-00023-DSF-JPR
TENNETI DECLARATION