1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOFIA MAYNEZ, an individual, on behalf of herself and all others similarly situated,

Plaintiff,

v.

WALMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,

Defendants.

Case No. 2:20-cv-00023-DSF-JPR

Hon. Dale S. Fischer

**[PROPOSED] ORDER GRANTING MOTION TO COMPEL ARBITRATION AND STAY ACTION PENDING ARBITRATION**

Date: July 13, 2020
Time: 1:30 p.m.
Courtroom: 7D

1                            **[PROPOSED] ORDER**

2        The Court, having reviewed Walmart Inc.'s Motion to Compel Arbitration and

3 Stay Action Pending Arbitration, hereby GRANTS the motion and STAYS this case

4 pending arbitration.

5

6 **IT IS SO ORDERED.**

7

8

9 Date: _____

10                                         Hon. Dale S. Fischer
                                            United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28