Michael Louis Kelly, State Bar No. 82063
mlk@kirtlandpackard.com
Joshua A. Fields, State Bar No. 242938
jf@kirtlandpackard.com
KIRTLAND & PACKARD LLP
1638 South Pacific Coast Highway
Redondo Beach, California 90277
Tel: (310) 536-1000 / Fax: (310) 536-1001

*Counsel for Plaintiff Sofia Maynez
and all others similarly situated*

Edward S. Chang, State Bar No. 241682
echang@JonesDay.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612-4408
Direct +1.949.553.7561
Fax +1.949.553.7539

*Counsel for Defendant Walmart, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA MAYNEZ, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WALMART, INC., a Delaware Corporation; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00023-DSF-JPR<br><br>Assigned to the Honorable Dale S. Fischer<br><br>**JOINT REPORT RE STATUS OF ARBITRATION**<br><br>**NEXT REPORT DUE: March 17, 2021** |

1

Per the Court's August 14, 2020 Order Granting Defendant's Motion to Compel Arbitration ("Arbitration Order") (Docket Entry 36) and November 2, 2021 docket entry order (Docket Entry 42), plaintiff Sofia Maynez ("Plaintiff") and defendant Walmart, Inc. ("Defendant") hereby submit their Joint Status Report in the above-captioned action.

Since the parties' last status report was filed on June 18, 2021, the parties reached an agreement in principle in the arbitration to settle all the remaining individual claims in this matter entirely, and are in the process of finalizing the settlement documentation. Once the settlement's terms are completed a dismissal of this action will be filed, which the parties anticipate will be prior to the deadline for the next status report.

DATED: November 17, 2021

Respectfully Submitted,

KIRTLAND & PACKARD LLP

By: /s/ *Joshua A. Fields*

JOSHUA A. FIELDS

*Counsel for Plaintiff Sofia Maynez and all others similarly situated*

DATED: November 17, 2021

Respectfully Submitted,

JONES DAY

By: /s/ *Edward S. Chang* (with permission)

EDWARD S. CHANG

*Counsel for Defendant Walmart, Inc.*