JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFIA MAYNEZ, an individual, on behalf of herself and all others similarly situated, <br><br>     Plaintiffs, <br><br>     v. <br><br> WALMART, INC., a Delaware Corporation; and DOES 1-50, inclusive, <br><br>     Defendants. | Case No. 2:20-CV-00023-DSF-JPR <br><br> Assigned to the Honorable Dale S. Fischer <br><br> **ORDER RE STIPULATION OF DISMISSAL** <br><br> **[F.R.C.P. 41(a)(1)]** |

1

1

## **ORDER**

2      The Court, having considered the Parties' Stipulation of Dismissal, filed on

3 December 16, 2021, hereby orders as follows:

4      This matter is dismissed with prejudice as to Plaintiff Sofia Maynez only and

5 without prejudice as to members of the putative class, and all parties are to bear their

6 own costs and attorney's fees.

7

      IT IS SO ORDERED.

8 DATED:  December 16, 2021

9

10                                                    Honorable Dale S. Fischer
                                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2